The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM M. BIRDSONG and KATHY S. BIRDSONG, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 2:21-cv-01510-TL<br><br>STIPULATED MOTION ALLOWING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT<br><br>Noted for Consideration:<br>March 2, 2022 |

**JOINT STIPULATION**

The parties here by jointly STIPULATE AND AGREE to allow plaintiffs WILLIAM M. BIRDSONG and KATHY S. BIRDSONG leave to file an amended

STIP MOTION FOR LEAVE TO
AMEND THE COMPLAINT
2:21-cv-01510-TL - Page 1

**CMG LAW**
115 NE 100th Street, Ste. 220
Seattle, WA  98125-8011
Tel:  206.443-8600

complaint. The original complaint did not include attached exhibits. Plaintiffs move this Court for leave to file their amended complaint with attached exhibits.

**SO STIPULATED**

Dated this 18th day of February, 2022.

                *s/ Tyler Goldberg-Hoss*
                Tyler Goldberg-Hoss, WSBA #41653
                Of Attorneys for Plaintiffs
                CMG Law
                115 NE 100th St., Ste. 220
                Seattle, WA  98125-8011
                Telephone:  206.443.8600
                Fax:  206.443.6904
                Email:  tyler@cmglaw.com

**SO STIPULATED**

Dated this 18th day of February, 2022.

                *s/ Whitney Passmore*
                WHITNEY PASSMORE, Fla. No. 91922
                Assistant United States Attorneys
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101-1271
                Phone:  206-553-7970
                Fax:  206-553-4067
                Email:  Whitney.Passmore@usdoj.gov
                Attorney for the United States of America

STIP MOTION FOR LEAVE TO
AMEND THE COMPLAINT
2:21-cv-01510-TL - Page 2

**CMG LAW**
115 NE 100th Street, Ste. 220
Seattle, WA  98125-8011
Tel:  206.443-8600

## ORDER

**IT IS SO ORDERED**

Dated this 3rd day of March, 2022.

*/s/ Tana Lin*
Tana Lin
United States District Judge

STIP MOTION FOR LEAVE TO
AMEND THE COMPLAINT
2:21-cv-01510-TL - Page 3

CMG LAW
115 NE 100th Street, Ste. 220
Seattle, WA  98125-8011
Tel:  206.443.8600