The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM M. BIRDSONG and KATHY S. BIRDSONG, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-01510-TL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>**NOTED FOR CONSIDERATION:**<br>July 19, 2022 |

## JOINT STIPULATION

The parties, by and through their respective counsel of record, stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

The parties further stipulate that this matter has been fully compromised and settled.

//

//

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
[2:21-CV-01510-TL] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 19th day of July, 2022.

        CMG LAW

        *s/ Tyler Goldberg-Hoss*
        Tyler Goldberg-Hoss, WSBA No. 41653
        115 NE 100th St., Suite 220
        Seattle, WA  98125
        Phone: (206) 443-8600
        Fax: (206) 443-6904
        Email: tyler@cmglaw.com

        Attorney for Plaintiffs

**SO STIPULATED**.

Dated this 19th day of July, 2022.

        NICHOLAS W. BROWN
        United States Attorney

        *s/ Whitney Passmore*
        WHITNEY PASSMORE, FL No. 91922
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, WA  98101-1271
        Phone:  206-553-7970
        Fax:  206-553-4067
        Email:  whitney.passmore@usdoj.gov

        Attorney for the United States of America

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
[2:21-CV-01510-TL] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this <u>26th</u> day of <u>July</u> 2022.

_____
Tana Lin
United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
[2:21-CV-01510-TL] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970